IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES

v.                                    Case Number  2:19 MJ 17

DR. MICHAEL MOORE                                          Defendant

## NOTICE OF APPEARANCE and REPRESENTATION OF DR. MICHAEL MOORE
### BY RICHARD KENNEDY/KENNEDY LAW OFFICE
### AND
### WILLIAM J. STURGILL/STURGILL LAW OFFICE

Please be advised that Richard Kennedy and William J. Sturgill have been retained to represent Dr. Michael Moore n the above-styled case.

Respectfully Submitted,
DR. MICHAEL MOORE-BY COUNSEL

| | |
|---|---|
| /s/Richard D. Kennedy | /s/William J. Sturgill |
| Richard D. Kennedy | William J. Sturgill |
| Virginia State Bar Number: 32883 | Virginia State Bar Number: 75493 |
| Kennedy Law Office PLLC | Sturgill Law Office |
| P.O. Box 357-532 West Main Street | P. O. Box 3458-944 Norton Road |
| Wise, VA 24293 | Wise, VA 24293 |
| Telephone: (276) 328-0918 | Telephone: 276-328-8600 |
| Fax: (276) 328-3903 | Fax: 276-328-3903 |
| E-mail: skwiselaw2@hotmail.com | Email: skwiselaw@hotmail.com |